**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Candescent Well Service, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Beymer Well Service, LLC**<br>**DBA  Beymer Well Service** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1851218** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3310 S. Fulton Ave.**<br>**Odessa, TX 79766**<br>Number, Street, City, State & ZIP Code<br><br>**Ector**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2826 Live Oak Blvd. Yuba City, CA 95991**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor  **Candescent Well Service, LLC**                          Case number (*if known*) _____
            Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Candescent Well Service, LLC**                              Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

| **Statistical and administrative information** |
|---|

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Candescent Well Service, LLC**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2016**
               MM / DD / YYYY

**X  /s/ Brian T. Burris**                                    **Brian T. Burris**
Signature of authorized representative of debtor              Printed name

Title    **Manager**

**18. Signature of attorney**

**X  /s/ JAMES S. WILKINS**                    Date  **May  3, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**JAMES S. WILKINS**
Printed name

**JAMES S. WILKINS**
Firm name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205-1711**
Number, Street, City, State & ZIP Code

Contact phone    **210-271-9212**        Email address    **jwilkins@stic.net**

**21486500**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Candescent Well Service, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 3, 2016**    **X /s/ Brian T. Burris**
                                 Signature of individual signing on behalf of debtor

                                 **Brian T. Burris**
                                 Printed name

                                 **Manager**
                                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Candescent Well Service, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & A CONCRETE SUPPLY, INC. 4621 TELLER SUITE 130 Newport Beach, CA 92660 | | | | | | $10,516.37 |
| ADVANCED WATER PRODUCTS PO BOX 425 Kerman, CA 93630 | | | | | | $8,829.82 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN P.O. BOX 980246 WEST SACRAMENTO, CA 95798-0246 | | | | | | $12,119.99 |
| CORRELL'S PUMP & FABRICATION 2498 IRWIN AVE SUTTER, CA 95982 | | | | | | $37,667.50 |
| ERIC WATERBURY WATERBURY FARMS PO BOX 193 GRIDLEY, CA 95948 | | | | | | $31,669.63 |
| H & H SUPPLY, INC P.O. BOX 1028 WOODLAND, CA 95776 | | | | | | $33,333.34 |
| HEROLD & MIELENZ 3531 51ST AVENUE SACRAMENTO, CA 95823 | | | | | | $9,041.13 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Candescent Well Service, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **INTERMOUNTAIN DRILLING SUPPLY 3412 WEST 2400 SOUTH SALT LAKE CITY, UT 84119** | | | | | | **$246,411.02** |
| **KINNEY ELECTRIC 720 BRIDGE STREET YUBA CITY, CA 95991** | | | | | | **$24,353.40** |
| **KIRKPATRICK & ASSOCIATES P.O. BOX 1127 WOODLAND, CA 95776** | | | | | | **$10,205.07** |
| **LIBERTY MUTUAL INSURANCE P.O. BOX 85834 SAN DIEGO, CA 92186-5834** | | | | | | **$19,744.96** |
| **MITCHELL LEWIS & STAVER CO. P.O. BOX 621 WILSONVILLE, OR 97070** | | | | | | **$26,308.74** |
| **NATIONAL PUMP COMPANY, LLC P.O. BOX 952116 ST. LOUIS, MO 63195-2116** | | | | | | **$44,378.71** |
| **NORTH VALLEY DIESEL 2800 LIVE OAK BLVD. Yuba City, CA 95991** | | | | | | **$10,756.79** |
| **PACIFIC STATE PIPE ROBERT MORI 4118 WILMARTH ROAD STOCKTON, CA 95215** | | | | | | **$85,389.93** |
| **PREFERRED PUMP & EQUIPMENT PO BOX 849393 LOS ANGELES, CA 90084-9393** | | | | | | **$80,320.81** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Candescent Well Service, LLC**                             Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PREMIER PUMP & SUPPLY P.O. BOX 367 RANCHO CORDOVA, CA 95741-0367** | | | | | | **$43,215.84** |
| **RAMOS OIL COMPANY., INC. P.O. BOX 401 WEST SACRAMENTO, CA 95691** | | | | | | **$16,342.79** |
| **STATE COMPENSATION INSURANCE FUND PO BOX 7441 SAN FRANCISCO, CA 94120-7441** | | | | | | **$14,755.66** |
| **THE HOSE SHOP LLC 1340 COLUSA HWY YUBA CITY, CA 95993** | | | | | | **$11,239.89** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Texas

In re  **Candescent Well Service, LLC**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  3, 2016**

**/s/ Brian T. Burris**
**Brian T. Burris**/**Manager**
Signer/Title

4IMPRINT, INC.
25303 NETWORK PLACE
CHICAGO, IL 60673-1253


A & A CONCRETE SUPPLY, INC.
4621 TELLER SUITE 130
Newport Beach, CA 92660


ACME RIGGING & SUPPLY CO.
3350 NORTH STATE ST.
Ukiah, CA 95482


ADVANCED WATER PRODUCTS
PO BOX 425
Kerman, CA 93630


ALHAMBRA & SIERRA SPRINGS
P.O. BOX 660579
Dallas, TX 75266-0579


ALL METALS SUPPLY, INC.
600 OPHIR ROAD
Oroville, CA 95966


ALLY
PO BOX 9001948
Louisville, KY 40290-1948


ALLY
PAYMENT PROCESSING CENTER
PO BOX 78234
Phoenix, AZ 85062-8234


ANTHEM BLUE CROSS
PO BOX 51011
Los Angeles, CA 90051-5311


APPLIED INDUSTRIAL TECH
P.O. BOX 100538
Pasadena, CA 91189-0538


ARNE'S PAINT STORE, INC.
526 "J" STREET
Marysville, CA 95901

ARTIC GLACIER USA INC.
8580 LAGUNA STATION RD
ELK GROVE, CA 95758-9550


AT&T LAND LINES, FAXES
PO BOX 5025
Carol Stream, IL 60197-5025


AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197-6463


Attorney General of the US
Main Justice Bldg., #5111
10th & Constitution Ave. NW
Washington, DC 20530-0001


BEARING BELT CHAIN CO.
P.O. BOX 5700
Marysville, CA 95901


BETTER BUSINESS BUREAU
3075 BEACON BLVD
West Sacramento, CA 95691


CAL FARM SERVICE
PO BOX 252
WINTON, CA 95388


CALIFORNIA INDUSTRIAL RUBBER CO.
P.O. BOX 2456
FRESNO, CA 93745


CARLOS SANCHEZ
1904 BELCHER AVE
MERCED, CA 95348-9430


CHASE CARD SERVICES
P.O. BOX 94014
PALATINE, IL 60094-4014


CINTAS CORPORATION
PO BOX 29059
PHOENIX, AZ 85038-9059

CLOSE LUMBER, INC.
P.O. BOX 438
SUTTER, CA 95982


CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN
P.O. BOX 980246
WEST SACRAMENTO, CA 95798-0246


CORRELL'S PUMP & FABRICATION
2498 IRWIN AVE
SUTTER, CA 95982


CRANMER ENGINEERING, INC.
P.O. BOX 1240
GRASS VALLEY, CA 95945


DERCO SUPPLY
P.O. BOX 3596
YUBA CITY, CA 95992


DICKEY'S PUMP SERVICE
PO BOX 325
ATWATER, CA 95301


DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0895


DR WELL, WATER WELL SERVICES, INC
DAVID A SCHWEDLER
PO BOX 1685
FAIR OAKS, CA 95628


DRIVE LINE SERVICE
704 HOUSTON STREET
WEST SACRAMENTO, CA 95691


DUKE EQUIPMENT COMPANY, LLC
P.O. BOX 215
DARROUZETT, TX 79024


ENCORE METALS USA
PO BOX 79689
CITY OF INDUSTRY, CA 91716-9689

ERIC WATERBURY
WATERBURY FARMS
PO BOX 193
GRIDLEY, CA 95948


FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-0978


FLO MASTER PUMP SALES
6826 QUANTUM COURT
SPARKS, NV 89436


FLOWSERVE PUMP CORPORATION
4179 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


FRESNO PUMP & SUPPLY
P.O. BOX 11637
FRESNO, CA 93774


GEWEKE FORD-KIA
871 E. ONSTOTT RD.
Yuba City, CA 95991


GOLD COUNTRY HYDRAULIC & HOSE
3145 SOUTHGATE LANE
CHICO, CA 95928


GRAINGER
DEPT. 809295264
PALATINE, IL 60038-0001


H & H SUPPLY, INC
P.O. BOX 1028
WOODLAND, CA 95776


HARTILL HEAVY HAUL INC.
PO BOX 762
ARBUCKLE, CA 95912


HEROLD & MIELENZ
3531 51ST AVENUE
SACRAMENTO, CA 95823

HIGH SPEED CONCRETE PUMPING
836 HOMEWOOD DRIVE
YUBA CITY, CA 95991


HOLT OF CALIFORNIA
P.O. BOX 100001
SACRAMENTO, CA 95813


HUST BROTHERS, INC.
P.O. BOX 591
MARYSVILLE, CA 95901


INTERMOUNTAIN DRILLING SUPPLY
3412 WEST 2400 SOUTH
SALT LAKE CITY, UT 84119


INTERNAL REVENUE SERVICE
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Special Procedures Staff
STOP 5022 AUS
300 E. 8th St.
Austin, TX 78701


JIM BRISCO ENTERPRISES, INC.
221 AIRPARK RD, SUITE A
ATWATER, CA 95301


KIMBALL MIDWEST SERVICES
DEPT. L-2780
COLUMBUS, OH 43260-2780


KINNEY ELECTRIC
720 BRIDGE STREET
YUBA CITY, CA 95991


KIRKPATRICK & ASSOCIATES
P.O. BOX 1127
WOODLAND, CA 95776


LIBERTY MUTUAL INSURANCE
P.O. BOX 85834
SAN DIEGO, CA 92186-5834

LICEA'S YARD SERVICE
9726 COLLIER AVE
LIVE OAK, CA 95953


LIVE OAK AUTO PARTS
10121 LIVE OAK BLVD.
LIVE OAK, CA 95953


MARTIN CRANE & RIGGING, INC
1414 ORO DAM BLVD.
OROVILLE, CA 95965


MEEKS
1414 COLUSA AVE.
YUBA CITY, CA 95991


MITCHELL LEWIS & STAVER CO.
P.O. BOX 621
WILSONVILLE, OR 97070


MJB WELDING SUPPLY
P.O. BOX 2166
357 EAST PARK AVE.
CHICO, CA 95927


MORRILL INDUSTRIES, INC.
24754 EAST RIVER RD.
ESCALON, CA 95320


MSC INDUSTRIAL SUPPLY CO.
DEPT CH 0075
PALATINE, IL 60055-0075


NATIONAL PUMP COMPANY, LLC
P.O. BOX 952116
ST. LOUIS, MO 63195-2116


NEIL'S TIRE & WHEEL
2093-A LIVE OAK BLVD.
YUBA CITY, CA 95991


NORTH VALLEY DIESEL
2800 LIVE OAK BLVD.
Yuba City, CA 95991

NORTHERN CALIFORNIA GLOVES
20256 SKYPARK DRIVE
REDDING, CA 96002


OROVILLE CABLE &  EQUIPMENT
3150 HARMS AVE
OROVILLE, CA 95966


PACE SUPPLY CORP.
P.O. BOX 6407
ROHNERT PARK, CA 94927-6407


PACIFIC STATE PIPE
ROBERT MORI
4118 WILMARTH ROAD
STOCKTON, CA 95215


POSTER COMPLIANCE CENTER
3687 MT. DIABLO BLVD, SUITE #100A
LAFAYETTE, CA 94549-3744


PREFERRED PUMP & EQUIPMENT
PO BOX 849393
LOS ANGELES, CA 90084-9393


PREMIER PUMP & SUPPLY
P.O. BOX 367
RANCHO CORDOVA, CA 95741-0367


QUICK'S GLASS SERVICE
PO BOX 1300
STOCKTON, CA 95201


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


RAMOS OIL COMPANY., INC.
P.O. BOX 401
WEST SACRAMENTO, CA 95691


RECOLOGY YUBA-SUTTER
P.O. BOX 60818
LOS ANGELES, CA 90060-0818

RIDEOUT MEDICAL ASSOC/OCC HEALTH
P.O. BOX 3388
EMPLOYER SVCS/DRUG TESTING
YUBA CITY, CA 95992


RIEBES AUTO PARTS
1490 BRIDGE ST
YUBA CITY, CA 95993


RUSSELL E. WALLACE
PO BOX 61371
SAN ANGELO, TX 76906


SANDERS PUMP & IRRIGATION
909 A N GEORGE WASHINGTON
YUBA CITY, , 95993


SIERRA LUBE EXPRESS INC.
980 THARP ROAD
YUBA CITY, CA 95993


STANLEY SECURITY SOLUTIONS
DEPT CH 10651
PALATINE, IL 60055


STATE BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-3535


STATE COMPENSATION INSURANCE FUND
PO BOX 7441
SAN FRANCISCO, CA 94120-7441


SUPERIOR RADIATOR
& COOLING SYSTEMS
1030 YUBA ST.
MARYSVILLE, CA 95901


THE HOSE SHOP LLC
1340 COLUSA HWY
YUBA CITY, CA 95993


THE ROCK YARD, INC.
710 NORTH GEORGE WASHINGTON
YUBA CITY, CA 95993

TWIN CITIES AUTO WORKS
912 CHESTNUT STREET
YUBA CITY, CA 95991


TWIN CITIES EQUIPMENT RENTALS
253 COLUSA AVE.
YUBA CITY, CA 95991


ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085


United States Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216


VALLEY YELLOW PAGES
DEPT.. 33302
P.O. BOX 39000
SAN FRANCISCO, CA 94139-3302


WATSON MACHINE SHOP
CHARLES OR JACQUALINE WATSON
301D BURNS DR. UNIT 3
YUBA CITY, CA 95991


WEIR - FLOWAY PUMPS
2494 S RAILROAD AVE
FRESNO, CA 93707


WELL INFORMED INC
12799 EXCELSIOR AVE
HANFORD, CA 93230


WESTERN STATES METALS
798 WEST 1700 SOUTH
SALT LAKE CITY, UT 84104


WICHTEX MACHINERY CO., INC.
P.O. BOX 3154
SAN ANGELO, TX 76902

YUBA CITY POLICE DEPARTMENT
1545 POOLE BLVD.
YUBA CITY, CA 95993


YUBA CITY SCRAP & STEEL
1312 GARDEN HWY
YUBA CITY, CA 95991


YUBA SUTTER CALL CENTER
P.O. BOX 3130
YUBA CITY, CA 95992


YUBA SUTTER DEBRIS BOX SERVICE
3001 N LEVEE RD
P.O BOX G
MARYSVILLE, CA 95901