**Fill in this information to identify the case:**

Debtor name   **Candescent Well Service, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-70066**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2016**          X **/s/ Brian T. Burris**
_____
Signature of individual signing on behalf of debtor

**Brian T. Burris**
_____
Printed name

**Manager**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Candescent Well Service, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF TEXAS**

Case number (if known):    **16-70066**

☐ Check if this is an
    amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BRETT SCHEIDEL 1510 W CATLETT RD PLEASANT GROVE, CA 95668 | | Prepaid services | | | | $40,459.74 |
| BUTTE SAND AND GRAVEL PO BOX 749 SUTTER, CA 95982 | | Prepaid services | | | | $30,729.22 |
| CORRELL'S PUMP & FABRICATION 2498 IRWIN AVE SUTTER, CA 95982 | | Trade debt (Disputed) | Disputed | | | $37,667.50 |
| DEVALENTINE ORCHARDS, INC STEVEN J DEVALENTINE 2890 BEAR RIVER DR RIO OSO, CA 95674-9622 | | Prepaid services | | | | $86,402.44 |
| ERIC WATERBURY WATERBURY FARMS PO BOX 193 GRIDLEY, CA 95948 | | Trade debt | | | | $31,669.63 |
| GARNER RANCH 8818 NORTH BUTTE RD. LIVE OAK, CA 95953 | | Prepaid services | | | | $39,255.25 |
| GINOCHIO PROPERTIES 3401 WALNUT AVE CONCORD, CA 94519-24 | | Prepaid services | | | | $29,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Candescent Well Service, LLC | | | Case number (if known) | 16-70066 | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| H & H SUPPLY, INC P.O. BOX 1028 WOODLAND, CA 95776 | | Trade debt | | | | $33,333.34 |
| INTERMOUNTAIN DRILLING SUPPLY 3412 WEST 2400 SOUTH SALT LAKE CITY, UT 84119 | | Trade debt | | | | $246,411.02 |
| KINNEY ELECTRIC 720 BRIDGE STREET YUBA CITY, CA 95991 | | Trade debt | | | | $24,353.40 |
| LIBERTY MUTUAL INSURANCE P.O. BOX 85834 SAN DIEGO, CA 92186-5834 | | Trade debt | | | | $19,744.96 |
| MITCHELL LEWIS & STAVER CO. P.O. BOX 621 WILSONVILLE, OR 97070 | | Trade debt | | | | $26,308.74 |
| NATIONAL PUMP COMPANY, LLC P.O. BOX 952116 ST. LOUIS, MO 63195-2116 | | Trade debt | | | | $44,378.71 |
| PACIFIC STATE PIPE ROBERT MORI 4118 WILMARTH ROAD STOCKTON, CA 95215 | | Trade debt | | | | $85,389.93 |
| PREFERRED PUMP & EQUIPMENT PO BOX 849393 LOS ANGELES, CA 90084-9393 | | Trade debt | | | | $80,320.81 |
| PREMIER PUMP & SUPPLY P.O. BOX 367 RANCHO CORDOVA, CA 95741-0367 | | Trade debt | | | | $43,215.84 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Candescent Well Service, LLC**      Case number *(if known)*  **16-70066**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RAMOS OIL COMPANY., INC. P.O. BOX 401 WEST SACRAMENTO, CA 95691 | | Trade debt | | | | $16,342.79 |
| RMR INC ROBERT B DEVALENTINE PO BOX 36 RIO OSO, CA 95674-0036 | | Prepaid services | | | | $32,481.91 |
| ROBERT LEAL ODYSSEUS FARMS PO BOX H YUBA CITY, CA 95992 | | Prepaid services | | | | $154,275.19 |
| STATE COMPENSATION INSURANCE FUND PO BOX 7441 SAN FRANCISCO, CA 94120-7441 | | Trade debt | | | | $14,755.66 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name __**Candescent Well Service, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**16-70066**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................  $ **2,294,106.09**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................  $ **2,294,106.09**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **149,173.58**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **1,358,050.98**

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b           $ **1,507,224.56**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Candescent Well Service, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-70066**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | Cash on hand | | $286.38 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Rabobank | Checking | | $837.18 |
| 3.2. | Frost Bank | Checking | | $39,859.64 |
| 3.3. | Rabobank | Savings | | $18,068.51 |

4. Other cash equivalents *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | Employee advances | | $1,050.00 |

| 5. | Total of Part 1. | $60,101.71 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

Debtor     **Candescent Well Service, LLC**
_____Name_____

Case number *(if known)* **16-70066**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.   "Blocked account" - funds removed by Corrells                                   **$400,000.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.                                      | **$400,000.00** |

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:         **288,629.01**      -         **0.00**    = ....         **$288,629.01**
                                     _____face amount_____      _doubtful or uncollectible accounts_

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.               | **$288,629.01** |

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Candescent Well Service, LLC**
_____
Name

Case number *(if known)* **16-70066**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. Vehicles | $0.00 | | $451,190.44 |
| 47.2. 2011 Dodge (vehicle driven by prior owner of Debtor) | $0.00 | | $11,500.00 |
| 47.3. 2014 Dodge pickup (vehicle driven by former owner of Debtor) | $0.00 | | $40,000.00 |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| Shop equipment | $0.00 | | $36,195.56 |
| Computer Equipment | $0.00 | | $22,847.37 |
| Equipment - Listed on Exhibit "A" | $0.00 | | $858,642.00 |
| Tibban Mud Puppy | $0.00 | | $125,000.00 |

**51.** Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.

| $1,545,375.37 |
|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Murphy**

Murphy Business and Financial Services, Inc

## EXHIBIT "A"
## FIXTURES & EQUIPMENT INCLUDED IN PURCHASE PRICE

Business Name: Beymer Well Service, LLC  
Address: 2826 Live Oak Boulevard  
City/State/Zip: Yuba City, CA 95991

Page 1 of 1

| # | Item | Quantity | # | Item | Cost |
|---|------|----------|---|------|------|
| 1 | Office Equipment | | 41 | | |
| 2 | Computer Equipment | | 42 | | |
| 3 | Shop Equipment | | 43 | | |
| 4 | Timeclock | | 44 | | |
| 5 | Fax/Copier | | 45 | | |
| 6 | Office Furniture | | 46 | | |
| 7 | Acra 21" x 80" Engine Lathe | | 47 | | |
| 8 | All Tooling for ACRA Lathe | | 48 | | |
| 9 | Acra Mill with electronic feed | | 49 | | |
| 10 | Jet Drill Press | | 50 | | |
| 11 | 20 Ton Hydraulic Press | | 51 | | |
| 12 | Bowl Assembly Rack | | 52 | | |
| 13 | Shaft Straightening Rack | | 53 | | |
| 14 | Other Miscellaneous | | 54 | | |
| 15 | | | 55 | | |
| 16 | | | 56 | | |
| 17 | | | 57 | | |
| 18 | | | 58 | | |
| 19 | | | 59 | | |
| 20 | | | 60 | | |
| 21 | | | 61 | | |
| 22 | | | 62 | | |
| 23 | | | 63 | | |
| 24 | | | 64 | | |
| 25 | | | 65 | | |
| 26 | | | 66 | | |
| 27 | | | 67 | | |
| 28 | | | 68 | | |
| 29 | | | 69 | | |
| 30 | | | 70 | | |
| 31 | | | 71 | | |
| 32 | | | 72 | | |
| 33 | | | 73 | | |
| 34 | | | 74 | | |
| 35 | | | 75 | | |
| 36 | | | 76 | | |
| 37 | | | 77 | | |
| 38 | | | 78 | | |
| 39 | | | 79 | | |
| 40 | | | 80 | | |

Approved on Date: _____

Seller _____

Seller _____

Approved on Date: _____

Buyer _____

Buyer _____

## General List of Equipment as of June 6th, 2014

1975 FORD LT8000 WITH 72 SPEED STAR CABLE DRILL RIG

1981 INTERNATIONAL TRUCK WITH 7 TON PUMP HOIST

1991 FORD F350 FLAT BED TRUCK WITH WELDER AND TORCHES

1984 FORD TRUCK WITH 71 SPEED STAR CABLE DRILL RIG

1991 INTERNATIONAL 3 AXLE TRUCK WITH AIR ROTARY DRILL RIG

1996 FORD 3 AXLE TRUCK WITH 2000 GALLON WATER TANK, WELDER,TORCHES, 5000 # CRANE USED AS NURSE TRUCK FOR DRILLING

1999 F 440 TRUCK WITH 3 TON PUMP HOIST

1999 CHEVY FLATBED

2000 FORD F 750 WITH 72 SPEED STAR CABLE DRILL RIG

2001 CHEVY FLATBED WITH BOXES AND RACK

2002 F 250 4 DOOR P/U

2002 F 450 WITH UTILITY BOX, WELDER, TORCHES, AIR COMPRESSOR

2004 F 650 SUPER DUTY WITH 11 TON PUMP HOIST

2006 F550 FLATBED WITH BOXES, WELDER, TORCHES, AIR COMPRESSOR

2006 F 550 WITH 7 TON PUMP HOIST

2006 KENWORTH 3 AXLE TRUCK WITH 22 TON CRANE

2007 F 250 P/U

2008 F 450 WITH UTILITY BOX, WELDER, TORCHES, AIR COMPRESSOR

2008 F 350 WITH UTILITY BOX

2011 4 DOOR DODGE P/U

1976 2 AXLE FLATBED TRAILER

1981 3 AXLE FLATBED TRAILER.

2007 2 AXLE TRAILER WITH 225 HP JOHN DEERE DIESEL ENGINE FOR TEST PUMPING

2009 2 AXLE FLATBED TRAILER

2010 2 AXLE FLATBED TRAILER

2008 JOHN DEERE 110 BACKHOE

1971 INTERNATIONAL TRUCK WITH 71 SPEED STAR CABLE DRILL RIG

HYSTER 8 TON FORKLIFT

2009 CATERPILLER FORK LIFT

1987 F 450 WITH 3 TON PUMP HOIST

Debtor   **Candescent Well Service, LLC**                                    Case number *(if known)*  **16-70066**
       Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claims against Howard and Leland Correll** | Unknown |
| | Nature of claim     **Fraud, Breach of Contract, Conversion, others** | |
| | Amount requested        **$0.00** | |
| | **Potential claims against 3rd parties who took Inventory/equipment (pipes, pumps, trucks, and other equipment) belonging to Debtor** | Unknown |
| | Nature of claim     **Conversion** | |
| | Amount requested        **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Cash funds and interest thereon (whether received from customers or held in trust) collected but not paid to Debtor** | Unknown |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Candescent Well Service, LLC** | Case number *(If known)*  **16-70066** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $60,101.71 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $400,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $288,629.01 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,545,375.37 | |
| 88. **Real property.** Copy line 56, Part 9.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,294,106.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,294,106.09 |

Fill in this information to identify the case:

Debtor name __Candescent Well Service, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __16-70066__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.** | | | |

**2.1** **ALLY**
Creditor's Name
**PAYMENT PROCESSING CENTER**
**PO BOX 78234**
**PHOENIX, AZ 85062-8234**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2011 Dodge (vehicle driven by prior owner of Debtor)**

$5,031.44     $11,500.00

Creditor's email address, if known

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **ALLY**
Creditor's Name
**PAYMENT PROCESSING CENTER**
**PO BOX 78234**
**PHOENIX, AZ 85062-8234**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Dodge pickup (vehicle driven by former owner of Debtor)**

$40,176.14     $40,000.00

Creditor's email address, if known

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Candescent Well Service, LLC**                                    Case number (if known)   **16-70066**
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **RABOBANK, N.A.** | Describe debtor's property that is subject to a lien | $103,966.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**LOAN SERVICING DEPT**
**P.O. BOX 1845**
**EL CENTRO, CA**
**92244-1845**

Creditor's mailing address

**22 Ton Crane**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$149,173.58**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Candescent Well Service, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __16-70066__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**4IMPRINT, INC.**<br>**25303 NETWORK PLACE**<br>**CHICAGO, IL 60673-1253**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $112.36 |
| **3.2** Nonpriority creditor's name and mailing address<br>**A & A CONCRETE SUPPLY, INC.**<br>**4621 TELLER SUITE 130**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,516.37 |
| **3.3** Nonpriority creditor's name and mailing address<br>**ACME RIGGING & SUPPLY CO.**<br>**3350 NORTH STATE ST.**<br>**Ukiah, CA 95482**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $214.94 |
| **3.4** Nonpriority creditor's name and mailing address<br>**ADVANCED WATER PRODUCTS**<br>**PO BOX 425**<br>**Kerman, CA 93630**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,829.82 |

Debtor  **Candescent Well Service, LLC**
         Name

Case number (if known)  **16-70066**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.12 |
|---|---|---|---|

**ALHAMBRA & SIERRA SPRINGS**
P.O. BOX 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,742.60 |
|---|---|---|---|

**ALL METALS SUPPLY, INC.**
600 OPHIR ROAD
Oroville, CA 95966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751.57 |
|---|---|---|---|

**ALLY**
PO BOX 9001948
Louisville, KY 40290-1948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.06 |
|---|---|---|---|

**ALLY**
PAYMENT PROCESSING CENTER
PO BOX 78234
Phoenix, AZ 85062-8234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,242.00 |
|---|---|---|---|

**ANTHEM BLUE CROSS**
PO BOX 51011
Los Angeles, CA 90051-5311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.60 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH**
P.O. BOX 100538
Pasadena, CA 91189-0538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.99 |
|---|---|---|---|

**ARNE'S PAINT STORE, INC.**
526 "J" STREET
Marysville, CA 95901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Candescent Well Service, LLC**                                                   Case number (*if known*)  **16-70066**
      Name

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.48 |
|---|---|---|---|

**ARTIC GLACIER USA INC.**
**8580 LAGUNA STATION RD**
**ELK GROVE, CA 95758-9550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,542.22 |
|---|---|---|---|

**AT&T LAND LINES, FAXES**
**PO BOX 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,246.32 |
|---|---|---|---|

**AT&T MOBILITY**
**PO BOX 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.40 |
|---|---|---|---|

**BEARING BELT CHAIN CO.**
**P.O. BOX 5700**
**Marysville, CA 95901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|---|

**BETTER BUSINESS BUREAU**
**3075 BEACON BLVD**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,914.14 |
|---|---|---|---|

**BRETT GRUENTHAL**
**3160 ENCINAL RD.**
**LIVE OAK, CA 95953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Prepaid services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,459.74 |
|---|---|---|---|

**BRETT SCHEIDEL**
**1510 W CATLETT RD**
**PLEASANT GROVE, CA 95668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Prepaid services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Candescent Well Service, LLC | Case number (if known) | 16-70066 |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,729.22
--- | --- | --- | ---

**3.19**

Nonpriority creditor's name and mailing address
**BUTTE SAND AND GRAVEL**
PO BOX 749
SUTTER, CA 95982

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

$30,729.22

---

**3.20**

Nonpriority creditor's name and mailing address
**CAL FARM SERVICE**
PO BOX 252
WINTON, CA 95388

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$177.00

---

**3.21**

Nonpriority creditor's name and mailing address
**CALIFORNIA INDUSTRIAL RUBBER CO.**
P.O. BOX 2456
FRESNO, CA 93745

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$696.21

---

**3.22**

Nonpriority creditor's name and mailing address
**CARLOS SANCHEZ**
1904 BELCHER AVE
MERCED, CA 95348-9430

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,100.00

---

**3.23**

Nonpriority creditor's name and mailing address
**CHASE CARD SERVICES**
P.O. BOX 94014
PALATINE, IL 60094-4014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,115.28

---

**3.24**

Nonpriority creditor's name and mailing address
**CINTAS CORPORATION**
PO BOX 29059
PHOENIX, AZ 85038-9059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,097.83

---

**3.25**

Nonpriority creditor's name and mailing address
**CLOSE LUMBER, INC.**
P.O. BOX 438
SUTTER, CA 95982

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,882.47

---

Debtor  **Candescent Well Service, LLC**
Name

Case number (if known)  **16-70066**

| | | |
|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address<br>**CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN**<br>P.O. BOX 980246<br>WEST SACRAMENTO, CA 95798-0246<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $12,119.99 |
| **3.27** | Nonpriority creditor's name and mailing address<br>**CORRELL'S PUMP & FABRICATION**<br>2498 IRWIN AVE<br>SUTTER, CA 95982<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  Trade debt (Disputed)<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $37,667.50 |
| **3.28** | Nonpriority creditor's name and mailing address<br>**CRANMER ENGINEERING, INC.**<br>P.O. BOX 1240<br>GRASS VALLEY, CA 95945<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $275.00 |
| **3.29** | Nonpriority creditor's name and mailing address<br>**DAVID RAI**<br>1415 SO. GEORGE WASHINGTON BLVD<br>YUBA CITY, CA 95993<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Prepaid services<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $11,442.95 |
| **3.30** | Nonpriority creditor's name and mailing address<br>**DERCO SUPPLY**<br>P.O. BOX 3596<br>YUBA CITY, CA 95992<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,065.86 |
| **3.31** | Nonpriority creditor's name and mailing address<br>**DEVALENTINE ORCHARDS, INC**<br>STEVEN J DEVALENTINE<br>2890 BEAR RIVER DR<br>RIO OSO, CA 95674-9622<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Prepaid services<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $86,402.44 |
| **3.32** | Nonpriority creditor's name and mailing address<br>**DICKEY'S PUMP SERVICE**<br>PO BOX 325<br>ATWATER, CA 95301<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $382.15 |

Debtor  **Candescent Well Service, LLC**                    Case number (if known)  **16-70066**
 Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,614.00 |
|---|---|---|---|

**DMV RENEWAL**
**P.O. BOX 942894**
**SACRAMENTO, CA 94294-0895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,350.00 |
|---|---|---|---|

**DR WELL, WATER WELL SERVICES, INC**
**DAVID A SCHWEDLER**
**PO BOX 1685**
**FAIR OAKS, CA 95628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.26 |
|---|---|---|---|

**DRIVE LINE SERVICE**
**704 HOUSTON STREET**
**WEST SACRAMENTO, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.10 |
|---|---|---|---|

**DUKE EQUIPMENT COMPANY, LLC**
**P.O. BOX 215**
**DARROUZETT, TX 79024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.50 |
|---|---|---|---|

**EMPIRE STEEL**
**3094 N. TOWNSHIP RD.**
**YUBA CITY, CA 95993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.10 |
|---|---|---|---|

**ENCORE METALS USA**
**PO BOX 79689**
**CITY OF INDUSTRY, CA 91716-9689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,669.63 |
|---|---|---|---|

**ERIC WATERBURY**
**WATERBURY FARMS**
**PO BOX 193**
**GRIDLEY, CA 95948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Candescent Well Service, LLC | Case number (if known) | 16-70066 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.21 |
|---|---|---|---|
| | FASTENAL COMPANY<br>P.O. BOX 978<br>WINONA, MN 55987-0978 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,815.00 |
|---|---|---|---|
| | FLO MASTER PUMP SALES<br>6826 QUANTUM COURT<br>SPARKS, NV 89436 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,467.62 |
|---|---|---|---|
| | FLOWSERVE PUMP CORPORATION<br>4179 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,823.10 |
|---|---|---|---|
| | FRESNO PUMP & SUPPLY<br>P.O. BOX 11637<br>FRESNO, CA 93774 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,255.25 |
|---|---|---|---|
| | GARNER RANCH<br>8818 NORTH BUTTE RD.<br>LIVE OAK, CA 95953 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Prepaid services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,995.63 |
|---|---|---|---|
| | GARY KOEHN<br>6659 CYPRESS AVE<br>WINTON, CA 95388 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Prepaid services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.32 |
|---|---|---|---|
| | GEWEKE FORD-KIA<br>871 E. ONSTOTT RD.<br>Yuba City, CA 95991 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Candescent Well Service, LLC | Case number (if known) | 16-70066 |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address
GINOCHIO PROPERTIES
3401 WALNUT AVE
CONCORD, CA 94519-24

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepaid services

Is the claim subject to offset? ■ No  ☐ Yes

$29,000.00

---

**3.48** | Nonpriority creditor's name and mailing address
GOLD COUNTRY HYDRAULIC & HOSE
3145 SOUTHGATE LANE
CHICO, CA 95928

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,988.50

---

**3.49** | Nonpriority creditor's name and mailing address
GRAINGER
DEPT. 809295264
PALATINE, IL 60038-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$140.36

---

**3.50** | Nonpriority creditor's name and mailing address
H & H SUPPLY, INC
P.O. BOX 1028
WOODLAND, CA 95776

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$33,333.34

---

**3.51** | Nonpriority creditor's name and mailing address
HARTILL HEAVY HAUL INC.
PO BOX 762
ARBUCKLE, CA 95912

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$6,282.50

---

**3.52** | Nonpriority creditor's name and mailing address
HEROLD & MIELENZ
3531 51ST AVENUE
SACRAMENTO, CA 95823

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$9,041.13

---

**3.53** | Nonpriority creditor's name and mailing address
HIGH SPEED CONCRETE PUMPING
836 HOMEWOOD DRIVE
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$840.00

---

Debtor  **Candescent Well Service, LLC**  Case number (if known)  **16-70066**
       Name

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $847.08 |

**HOLT OF CALIFORNIA**
P.O. BOX 100001
SACRAMENTO, CA 95813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,774.33 |

**HUST BROTHERS, INC.**
P.O. BOX 591
MARYSVILLE, CA 95901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246,411.02 |

**INTERMOUNTAIN DRILLING SUPPLY**
3412 WEST 2400 SOUTH
SALT LAKE CITY, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,202.53 |

**JACK SCHEIDEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,366.98 |

**JIM BRISCO ENTERPRISES, INC.**
221 AIRPARK RD, SUITE A
ATWATER, CA 95301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.91 |

**JOE RIONI**
DEEP VIOLET FARMS
2212 SHOREBIRD DR
SACRAMENTO, CA 95833-9793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.65 |

**KIMBALL MIDWEST SERVICES**
DEPT. L-2780
COLUMBUS, OH 43260-2780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Candescent Well Service, LLC | Case number (if known) | 16-70066 |
|---|---|---|---|
| | Name | 43 | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,353.40 |
|---|---|---|---|

**KINNEY ELECTRIC**
**720 BRIDGE STREET**
**YUBA CITY, CA 95991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,205.07 |
|---|---|---|---|

**KIRKPATRICK & ASSOCIATES**
**P.O. BOX 1127**
**WOODLAND, CA 95776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,744.96 |
|---|---|---|---|

**LIBERTY MUTUAL INSURANCE**
**P.O. BOX 85834**
**SAN DIEGO, CA 92186-5834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**LICEA'S YARD SERVICE**
**9726 COLLIER AVE**
**LIVE OAK, CA 95953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.36 |
|---|---|---|---|

**LIVE OAK AUTO PARTS**
**10121 LIVE OAK BLVD.**
**LIVE OAK, CA 95953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.09 |
|---|---|---|---|

**MARTIN CRANE & RIGGING, INC**
**1414 ORO DAM BLVD.**
**OROVILLE, CA 95965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.42 |
|---|---|---|---|

**MEEKS**
**1414 COLUSA AVE.**
**YUBA CITY, CA 95991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Candescent Well Service, LLC | Case number (if known) | 16-70066 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,308.74 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**3.68**
Nonpriority creditor's name and mailing address
MITCHELL LEWIS & STAVER CO.
P.O. BOX 621
WILSONVILLE, OR 97070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$26,308.74

---

**3.69**
Nonpriority creditor's name and mailing address
MJB WELDING SUPPLY
P.O. BOX 2166
357 EAST PARK AVE.
CHICO, CA 95927

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,199.66

---

**3.70**
Nonpriority creditor's name and mailing address
MORRILL INDUSTRIES, INC.
24754 EAST RIVER RD.
ESCALON, CA 95320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,127.73

---

**3.71**
Nonpriority creditor's name and mailing address
MSC INDUSTRIAL SUPPLY CO.
DEPT CH 0075
PALATINE, IL 60055-0075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,826.27

---

**3.72**
Nonpriority creditor's name and mailing address
NATIONAL PUMP COMPANY, LLC
P.O. BOX 952116
ST. LOUIS, MO 63195-2116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$44,378.71

---

**3.73**
Nonpriority creditor's name and mailing address
NEIL'S TIRE & WHEEL
2093-A LIVE OAK BLVD.
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,603.75

---

**3.74**
Nonpriority creditor's name and mailing address
NORTH VALLEY DIESEL
2800 LIVE OAK BLVD.
Yuba City, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,756.79

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Candescent Well Service, LLC**  Case number (if known) __16-70066__
Name

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.84 |
|---|---|---|---|
| | **NORTHERN CALIFORNIA GLOVES**<br>20256 SKYPARK DRIVE<br>REDDING, CA 96002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.34 |
|---|---|---|---|
| | **OROVILLE CABLE & EQUIPMENT**<br>3150 HARMS AVE<br>OROVILLE, CA 95966 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,951.00 |
|---|---|---|---|
| | **PACE SUPPLY CORP.**<br>P.O. BOX 6407<br>ROHNERT PARK, CA 94927-6407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,389.93 |
|---|---|---|---|
| | **PACIFIC STATE PIPE**<br>ROBERT MORI<br>4118 WILMARTH ROAD<br>STOCKTON, CA 95215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.27 |
|---|---|---|---|
| | **POSTER COMPLIANCE CENTER**<br>3687 MT. DIABLO BLVD, SUITE #100A<br>LAFAYETTE, CA 94549-3744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,320.81 |
|---|---|---|---|
| | **PREFERRED PUMP & EQUIPMENT**<br>PO BOX 849393<br>LOS ANGELES, CA 90084-9393 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,215.84 |
|---|---|---|---|
| | **PREMIER PUMP & SUPPLY**<br>P.O. BOX 367<br>RANCHO CORDOVA, CA 95741-0367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Candescent Well Service, LLC**
_____
Name

Case number (if known)  **16-70066**

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address** | **$63.19** |

**QUICK'S GLASS SERVICE**
**PO BOX 1300**
**STOCKTON, CA 95201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address** | **$243.43** |

**QUILL CORPORATION**
**PO BOX 37600**
**PHILADELPHIA, PA 19101-0600**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.84** | **Nonpriority creditor's name and mailing address** | **$16,342.79** |

**RAMOS OIL COMPANY., INC.**
**P.O. BOX 401**
**WEST SACRAMENTO, CA 95691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.85** | **Nonpriority creditor's name and mailing address** | **$3,000.00** |

**RANDY & PATTIE  LAUBHAN**
**PO BOX 917**
**FAIR OAKES, CA 95628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.86** | **Nonpriority creditor's name and mailing address** | **$564.49** |

**RECOLOGY YUBA-SUTTER**
**P.O. BOX 60818**
**LOS ANGELES, CA 90060-0818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.87** | **Nonpriority creditor's name and mailing address** | **$112.50** |

**RIDEOUT MEDICAL ASSOC/OCC HEALTH**
**P.O. BOX 3388**
**EMPLOYER SVCS/DRUG TESTING**
**YUBA CITY, CA 95992**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address** | **$3,769.64** |

**RIEBES AUTO PARTS**
**1490 BRIDGE ST**
**YUBA CITY, CA 95993**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor __Candescent Well Service, LLC__    Case number (if known) __16-70066__
      Name

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,481.91
RMR INC
ROBERT B DEVALENTINE
PO BOX 36
RIO OSO, CA 95674-0036

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Prepaid services__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,275.19
ROBERT LEAL
ODYSSEUS FARMS
PO BOX H
YUBA CITY, CA 95992

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Prepaid services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,546.12
RUSSELL E. WALLACE
PO BOX 61371
SAN ANGELO, TX 76906

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.51
SANDERS PUMP & IRRIGATION
909 A N GEORGE WASHINGTON
YUBA CITY, , 95993

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,679.82
SCHEIDEL-OSTERLI
1510 W CATLETT RD
PLEASANT GROVE, CA 95668

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Prepaid services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.56
SIERRA LUBE EXPRESS INC.
980 THARP ROAD
YUBA CITY, CA 95993

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $857.07
STANLEY SECURITY SOLUTIONS
DEPT CH 10651
PALATINE, IL 60055

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Candescent Well Service, LLC__                    Case number (if known) __16-70066__
          Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,348.48 |
|---|---|---|---|

**3.96** Nonpriority creditor's name and mailing address
**STATE BOARD OF EQUALIZATION**
P.O. BOX 942879
SACRAMENTO, CA 94279-3535

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

$5,348.48

---

**3.97** Nonpriority creditor's name and mailing address
**STATE COMPENSATION INSURANCE FUND**
PO BOX 7441
SAN FRANCISCO, CA 94120-7441

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$14,755.66

---

**3.98** Nonpriority creditor's name and mailing address
**SUPERIOR RADIATOR**
**& COOLING SYSTEMS**
1030 YUBA ST.
MARYSVILLE, CA 95901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.99** Nonpriority creditor's name and mailing address
**THE HOSE SHOP LLC**
1340 COLUSA HWY
YUBA CITY, CA 95993

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$11,239.89

---

**3.100** Nonpriority creditor's name and mailing address
**THE ROCK YARD, INC.**
710 NORTH GEORGE WASHINGTON
YUBA CITY, CA 95993

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$62.81

---

**3.101** Nonpriority creditor's name and mailing address
**TRENT TAMAGNI**
2217 PEASE RD
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Prepaid services__

Is the claim subject to offset? ■ No ☐ Yes

$12.61

---

**3.102** Nonpriority creditor's name and mailing address
**TWIN CITIES AUTO WORKS**
912 CHESTNUT STREET
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$36.75

---

Debtor  **Candescent Well Service, LLC**
_____  Case number (if known)  **16-70066**
    Name

| | | |
|---|---|---|
| **3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.      **$710.45** |

**3.103** Nonpriority creditor's name and mailing address

TWIN CITIES EQUIPMENT RENTALS
253 COLUSA AVE.
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$710.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$398.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

VALLEY YELLOW PAGES
DEPT.. 33302
P.O. BOX 39000
SAN FRANCISCO, CA 94139-3302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$2,054.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

WATSON MACHINE SHOP
CHARLES OR JACQUALINE WATSON
301D BURNS DR. UNIT 3
YUBA CITY, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,240.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

WEIR - FLOWAY PUMPS
2494 S RAILROAD AVE
FRESNO, CA 93707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,877.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

WELL INFORMED INC
12799 EXCELSIOR AVE
HANFORD, CA 93230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

WESTERN STATES METALS
798 WEST 1700 SOUTH
SALT LAKE CITY, UT 84104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$2,597.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Candescent Well Service, LLC**                       Case number (if known)  **16-70066**
        Name

| | |
|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,708.91** |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**WICHTEX MACHINERY CO., INC.**<br>**P.O. BOX 3154**<br>**SAN ANGELO, TX 76902** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,708.91** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**YUBA CITY POLICE DEPARTMENT**<br>**1545 POOLE BLVD.**<br>**YUBA CITY, CA 95993** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$69.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**YUBA CITY SCRAP & STEEL**<br>**1312 GARDEN HWY**<br>**YUBA CITY, CA 95991** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90.24** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**YUBA SUTTER CALL CENTER**<br>**P.O. BOX 3130**<br>**YUBA CITY, CA 95992** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$124.75** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**YUBA SUTTER DEBRIS BOX SERVICE**<br>**3001 N LEVEE RD**<br>**P.O BOX G**<br>**MARYSVILLE, CA 95901** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,358,050.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,358,050.98 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Candescent Well Service, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS |
| Case number (if known) **16-70066** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Candescent Well Service, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-70066**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

     Column 1: **Codebtor**          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Candescent Well Service, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-70066**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,348,487.25** |
   | **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$8,795,051.45** |
   | **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$5,066,347.81** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  Candescent Well Service, LLC                                    Case number (if known) 16-70066

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. RABOBANK, N.A.<br>LOAN SERVICING DEPT<br>P.O. BOX 1845<br>EL CENTRO, CA 92244-1845 | Last 3<br>months | $11,765.65 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. CORRELL'S PUMP & FABRICATION<br>2498 IRWIN AVE<br>SUTTER, CA 95982<br>Company owned by prior owners of<br>Debtor | Last year | $127,006.34 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:  Certain Gifts and Charitable Contributions

Debtor    Candescent Well Service, LLC                                    Case number (if known)   16-70066

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | James S. Wilkins, P.C. Attorney at Law Willis & Wilkins, LLP 711 Navarro St., Ste 711 San Antonio, TX 78205 | Attorney Fees | | $20,000.00 |
| | Email or website address jwilkins@stic.net | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor Candescent Well Service, LLC     Case number (if known) 16-70066

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   Candescent Well Service, LLC                                    Case number (if known)   16-70066

| Business name address | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian T. Burris | 3310 S. Fulton Ave. Odessa, TX 79766 | Managing Member | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Howard W. Correll | 2826 Live Oak Blvd. Yuba City, CA 95991 | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Leland E. Correll | 2826 Live Oak Blvd. Yuba City, CA 95991 | | |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | Howard Correll 2826 Live Oak Blvd. Yuba City, CA 95991 | $40,516 | Various | "Rent, Travel and Entertainment" |
| | Relationship to debtor Former owner of Debtor | | | |
| 30.2 | Brian T. Burris 3310 S. Fulton Ave. Odessa, TX 79766 | $210,000 | 8/2015, 1/2016, 2/2016 | Equipment and Lease payments |
| | Relationship to debtor Managing Member | | | |
| 30.3 | Candescent Water Solutions, LP 3310 S. Fulton Ave. Odessa, TX 79766 | $310,000 | 10/2015 - 4/2016 | Operating expenses |
| | Relationship to debtor 100% owner | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

Debtor  Candescent Well Service, LLC                    Case number (if known) 16-70066

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 20, 2016**

/s/ Brian T. Burris                                     **Brian T. Burris**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

In re **Candescent Well Service, LLC**         Case No.   **16-70066**
                                Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 20, 2016**                         **/s/ JAMES S. WILKINS**
*Date*                                         **JAMES S. WILKINS 21486500**
                                              *Signature of Attorney*
                                              **JAMES S. WILKINS**
                                              **WILLIS & WILKINS, L.L.P.**
                                              **711 Navarro Street, Suite 711**
                                              **San Antonio, TX 78205-1711**
                                              **210-271-9212 Fax: 210-271-9389**
                                              **jwilkins@stic.net**
                                              *Name of law firm*

# United States Bankruptcy Court
## Western District of Texas

| | | |
|---|---|---|
| In re  **Candescent Well Service, LLC** | Case No. | **16-70066** |
| Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Candescent Well Service, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Candescent Water Solutions, LP

☐ None [*Check if applicable*]

| | |
|---|---|
| May 20, 2016 | /s/ JAMES S. WILKINS |
| Date | **JAMES S. WILKINS 21486500** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Candescent Well Service, LLC** |
| | **JAMES S. WILKINS** |
| | **WILLIS & WILKINS, L.L.P.** |
| | **711 Navarro Street, Suite 711** |
| | **San Antonio, TX 78205-1711** |
| | **210-271-9212 Fax:210-271-9389** |
| | **jwilkins@stic.net** |